FILED
2007 Jul-18  AM 11:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DENNIS J. DIFFER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 5:07-cv-00019-UWC-TMP |
| HUNTSVILLE HOSPITAL CORP., *et al.*, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report on June 25, 2007, recommending that this action, asserting claims under 42 U.S.C. § 1983, the Americans with Disabilities Act, and the Rehabilitation Act , be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  The magistrate judge further recommended that any state law claims be dismissed, without prejudice, pursuant to 28 U.S.C. § 1367(c)(3).  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, all federal law claims are due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  Any state law claims are due to be dismissed, without prejudice, pursuant to 28 U.S.C. § 1367(c)(3). A Final Judgment will be entered.

Done the 18th day of July, 2007.

_____
U.W. Clemon
United States District Judge